UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.V., *individually and on behalf of her child E.M., a minor,*<br><br>                    Plaintiff,<br><br>-v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | CIVIL ACTION NO.: 21 Civ. 4345 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial supervision and to address Defendant's July 29, 2021 letter-motion (the "Motion" (ECF No. 10)).  (ECF No. 12).  The Motion requests a 90-day stay of this action pending Plaintiff's counsel's production to Defendant of relevant attorney billing records (the "Billing Records") as well as an Order compelling Plaintiff to produce the Billing Records by no later than August 4, 2021. (ECF No. 10).

On July 30, 2021, Plaintiff responded to the Motion (the "Response").  (ECF No. 11).  In the Response, Plaintiff states that the "Billing [R]ecords will be provided to Defendant's counsel on or before August 2, 2021."  (Id.)  Plaintiff also requests that the Court strike the Motion for Defendant's failure to sufficiently meet and confer prior to filing.  (Id.)

The Motion is GRANTED IN PART AND DENIED IN PART.  Consistent with Plaintiff's representation in the Response, Plaintiff shall file a certification by **Wednesday, August 4, 2021** that the Billing Records have been produced to Defendant.  Defendant's deadline to answer, move, or otherwise respond to the Complaint is EXTENDED from August 7, 2021 (see ECF No. 8) until **Friday, November 5, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 10.

Dated:       New York, New York
                August 3, 2021

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**