UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.V., *individually and on behalf of her child E.M., a minor*,

          Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 4345 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 3, 2021, the Court directed Plaintiff to file a certification by August 4, 2021 that attorney billing records (the "Billing Records") were produced to Defendant's counsel. (ECF No. 14). Plaintiff has not complied with the Court's Order. Accordingly, by **Friday, August 6, 2021**, Plaintiff shall file a certification that the Billing Records were produced to Defendant's counsel.

Dated:    New York, New York
            August 5, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**